PROB 12C
(REV 12/04)

**FILED**

# UNITED STATES DISTRICT COURT

OCT 2 0 2025

for

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

WESTERN DISTRICT OF TEXAS

## Petition for Warrant or Summons for Offender Under Supervision

SA:25-MJ-1624

Name of Offender: __Jessica Ann Buckley__                         Case Number: __DR:23-CR-00913(2)-AM__

Name of Sentencing Judicial Officer:   __Honorable Alia Moses, Chief United States District Judge__

Date of Original Sentence: __April 24, 2024__

Original Offense: __Conspiracy to Transport Illegal Aliens, in violation of 8 U.S.C. 1324__

Original Sentence: __Twenty-One (21) months of imprisonment followed by three (3) years supervised release__

Type of Supervision: __Supervised Release__         Date Supervision Commenced: __July 7, 2025__

Assistant U.S. Attorney: __Tyler Andrew Fleming__     Defense Attorney: __Juan Neri III__

### PREVIOUS COURT ACTION

On April 09, 2025, a Probation Form 12B, Request for Modifying the Conditions or Term of Supervision with Consent of the Offender, was submitted to include a placement at a Residential Reentry Center due to residential and financial instability in the community.

A true copy of the original, I certify.
Clerk, U.S. District Court
By: _____
       Deputy Clerk

### PETITIONING THE COURT

☒ To issue a warrant
☐ To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **Special Condition:** The defendant shall reside in the Residential Re-entry Center for a period of up to 180 day and shall observe the rules and regulations of that facility. Furthermore, once employed, the defendant shall pay 25% of her weekly gross income for her subsistence as long as that amount does not exceed the daily contract rate. |
| | On July 7, 2025, Ms. Buckley was accepted at the Crosspoint Residential Reentry Center (RRC). |

Jessica Ann Buckley
DR:23-CR-00913(2)-AM
October 15, 2025
Page 2

On August 31, 2025, there was a complaint against Ms. Buckley, claiming she was not reporting to work as she claimed, which initiated an investigation by the RRC staff. During the investigation, it was determined Ms. Buckley lied to staff and did not report to work as she claimed and had in fact been terminated from her employment.

As part of the Employment Accountability Agreement which states, "An escape occurs when an offender fails to remain at the approved place of employment or training during the hours specified by the terms of the employment of training/treatment program fails to return to the facility at the time prescribed; fails to abide by the residence, employment or curfew conditions of home confinement... or otherwise leaves without permission from staff,

On October 10, 2025, the probation office was notified Ms. Buckley did not observe the rules of the facility and as part of the Zero Tolerance Policy, Ms. Buckley was terminated from the RRC for the afore-mentioned violations.

**U.S. Probation Officer Recommendation:** Ms. Buckley commenced her three (3) year term of supervised release on July 07, 2025. Since her release, Ms. Buckley has failed to comply with the conditions of supervised release by failing to reside at the RRC by not following the program rules and policies.

☒ The term of supervision should be

    ☒ revoked. (Maximum penalty: __2__ years imprisonment; __3__ years supervised release; and payment of any unsatisfied monetary sanction previously imposed)

    ☐ extended for __ years, for a total term of __ years.

☐ The conditions of supervision should be modified as follows:

Approved:

Arthur R. Galvan
Supervising U.S. Probation Officer
Telephone: (210) 472-6590, Ext. 5315

Respectfully submitted,

Yolanda Valdivia
U.S. Probation Officer
Telephone: (210) 472-6590, Ext. 5374
Date: October 15, 2025

Approved:

Warsame Galaydh
Supervisory Assistant U.S. Attorney
City Chief, Del Rio Division